**LAW OFFICE OF JOSÉ A. MUÑIZ, P.C.**
ATTORNEYS AND COUNSELORS AT LAW
277 BROADWAY, SUITE 108, NEW YORK, NEW YORK 10007
964-3736  FAX (212) 227-0397
Jamlaw305@aol.com

May 2, 2012

Honorable Sandra L. Townes
United States District Court Judge
Unites States District Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY. 11201

The application is ☒ granted. ☐ denied.
SO ORDERED.
s/ SLT
Sandra L. Townes, U.S.D.J.
Dated: May 17, 2012
Brooklyn, New York

RE:  **U.S. v. Elbi Cespedes**
     Cr. 10 – 433 (S-1) (SLT)

Dear Justice Townes:

I represent Mr. Cespedes, who has a pending matter before your Honor.

Mr. Cespedes, is kindly requesting permission for a campingq trip with his family at: Williamsburg/Busch Gardens KOA 4000 Newman Road Williamsburg VA 23188. Tel# 800-562-1733.  From May 24 and coming back on May 28, 2012.

I have spoken with both AUSA Tiscione and U.S. Pretrial Services Officer Amina Adossa-Ali, neither have any objections to this request.

RESPECTFULLY SUBMITTED,

*JOSE A. MUNIZ, ESQ.*

cc:   AUSA Celia Cohen
      Amina Adossa-Ai by e-mail Amina_Adossa-Ali@nyept.uscourts.gov
      Elbi Cespedes